**INDEX TO EXHIBITS**

Exhibit A      Declaration of Steven A. Gibson

Exhibit B      Declaration of Julie T. Dubocq

Exhibit A

1  **DICKINSON WRIGHT/MARISCAL WEEKS**
2  2901 N. Central Avenue, Suite 200
   Phoenix, Arizona  85012
3  Tel. 602-220-4542
   Fax: 602-244-1441
4  vorze@dickinsonwright.com
   Victoria Orze (011413)
5  Attorneys for Defendant Steven A. Gibson

6              UNITED STATES DISTRICT COURT

7                   DISTRICT OF ARIZONA

8  Imran Ahmad Jamali, a single man,            No. CV-13-613-PHX-DGC

9                  Plaintiff,

10 vs.                                          **DECLARATION OF STEVEN A.
                                                GIBSON IN SUPPORT OF MOTION
11 Maricopa County, a private municipal         TO DISMISS FOR LACK OF
   corporation, James Richmond, owner of        JURISDICTION AND FAILURE OF
12 website jailbase.com, Richmond Consulting     SERVICE OF PROCESS
   Group, LLC, Sahar Sarid, owner of website
13 mugshots.com, Steven A. Gibson, owner of
   website whosarrested.com, Issac Cornetti,
14 publisher of *The Slammer* newspapers,
   Craig Robert Wiggen, Jr., owner of website
15 arrests.org, Domains by Proxy, LLC, owner
   of website mugshotsworld.com, Neil
16 Warner, president of Domains by Proxy
   LLC, Nima Kelly, manager of Domains by
17 Proxy LLC, John or Jane Doe 2, owner of
   website justmugshots.com, John or Jane Doe
18 3, owner of website bustedmugshots.com
   and mugshotsonline.com, Star Nine
19 Ventures, LLC, John or Jane Doe 4, owner
   of website arre.st, John or Jane Doe 5,
20 owner of website mugshot-catalog.com,
   John or Jane Doe 6, owner of website
21 lookwhogotbusted.com, John or Jane Doe 7,
   owner of website findmugshots.com,
22 Orlando Velazquez and Maria L. Baez,
   owners of website phoenixcriminals.com,
23 John or Jane Does 9, owner of website
   mugremove.com, John or Jane Doe 10,
24 owner of website phoenixmugs.com, The
   Go Daddy Group, John or Jane Does 9-100,
25 to be determined, if necessary, outstanding
   internet mugshot websites, pending
26 Defendants.

Defendants.

## DECLARATION OF STEVEN A. GIBSON, ESQ.

Steven A. Gibson, Esq., hereby declares under the penalty of perjury, pursuant to the laws of the State of Nevada and the United States, that the following facts are true:

1.     I am over eighteen years old and I am competent to testify to the matters described herein.

2.     I am a duly licensed attorney admitted to practice in all courts in the states of Nevada and Illinois.  I am the managing member of the Las Vegas, Nevada office of the law firm Dickinson Wright PLLC ("DW").

3.     I am, and have been for over ten years, a resident of Nevada.

4.     I am not now, nor have I ever been, a resident of Arizona.

5.     I have never owned, rented or leased any real or personal property in Arizona, apart from hotel rooms and rental cars on brief business and recreation trips.

6.     I have never established or maintained any bank or other financial accounts in Arizona.

7.     While DW maintains an office in Arizona, and I have owned an equity interest in DW since no earlier than August 2010, I do not engage and have never engaged in the full-time or part-time practice of law in Arizona.  I am not and never have been admitted, nor have I ever sought admission, to the State Bar of Arizona.  I have never been admitted to practice *pro hac vice* before any state or federal court in Arizona.

8.     I do not own, nor have I ever owned, the website or domain name <whosarrested.com> (the "Website").

9.     My only connection with the Website is that, from approximately fall 2009 until approximately fall 2011, I acted as legal counsel to the owners of the Website with respect to certain intellectual property matters and transactional matters. Part of my work as counsel for the owners of the Website included preparation and filing of an application for registration of the service mark WHO'S ARRESTED with the United States Patent

and Trademark Office (the "USPTO"), on or about May 20, 2010.  I was identified in that service mark registration application as the correspondent of record to whom the USPTO should direct any correspondence or inquiries regarding the application.

10.    None of the activities I performed as legal counsel for the owners of the Website involved the preparation or filing of any document of any nature, appearance before any court or tribunal, or engagement in any other activity of any nature, in or with respect to the State of Arizona.

11.    I am not currently legal counsel to the owners of the Website, and, in fact, I have not had contact with the owners of the Website in any manner since, at the latest, fall 2011.

12.    I have never had any proprietary interest of any nature with anything associated with the Website in any way.

13.    I have never been personally served with a summons and/or complaint in the case *Jamali v. County of Maricopa* et al., case number CV-13-613-PHX-DGC in the United States District Court for the District of Arizona (the "Case"), nor have I ever received any request from anyone for a waiver of service of process with respect to the Case.

14.    I have neither received at my residence, whether by mail or personal delivery, a summons and complaint, or any other documents, related to the Case, nor have I located any such documents anyone may have left anywhere in or around my residence.  I am not aware that anyone else has received or located any such documents at my residence.  I have not received, nor am I aware that anyone else at my residence has received, a notification that any registered or certified mail is being held for me at the post office pending my signature of a receipt.

15.    No other person or entity has, or has had at any time since the commencement of the Case, authorization by me to receive service of process on my behalf.

3

1      Dated this 18th day of April, 2013.

2

3                                     By   /s/ Steven A. Gibson
                                                    Steven A. Gibson, Esq.

4                                   **CERTIFICATE OF SERVICE**

5   I hereby certify that on the 18th day of April, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and

6   transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

7   Imran Ahmad Jamali
    P.O. Box 6003

8   Chandler, Arizona 85224
    *In Pro Per*

9

    By:   /s/ Jamie Dean

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Exhibit B

1
2
3
4

**DICKINSON WRIGHT/MARISCAL WEEKS**
2901 N. Central Avenue, Suite 200
Phoenix, Arizona  85012
Tel. 602-220-4542
Fax: 602-244-1441
vorze@dickinsonwright.com
Victoria Orze (011413)
Attorneys for Defendant Steven A. Gibson

5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

8

| Imran Ahmad Jamali, a single man, | No. CV-13-613-PHX-DGC |
|---|---|

9
10

Plaintiff,

vs.

**DECLARATION OF JULIE T. DUBOCQ IN SUPPORT OF MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE OF SERVICE OF PROCESS**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Maricopa County, a private municipal corporation, James Richmond, owner of website jailbase.com, Richmond Consulting Group, LLC, Sahar Sarid, owner of website mugshots.com, Steven A. Gibson, owner of website whosarrested.com, Issac Cornetti, publisher of *The Slammer* newspapers, Craig Robert Wiggen, Jr., owner of website arrests.org, Domains by Proxy, LLC, owner of website mugshotsworld.com, Neil Warner, president of Domains by Proxy LLC, Nima Kelly, manager of Domains by Proxy LLC, John or Jane Doe 2, owner of website justmugshots.com, John or Jane Doe 3, owner of website bustedmugshots.com and mugshotsonline.com, Star Nine Ventures, LLC, John or Jane Doe 4, owner of website arre.st, John or Jane Doe 5, owner of website mugshot-catalog.com, John or Jane Doe 6, owner of website lookwhogotbusted.com, John or Jane Doe 7, owner of website findmugshots.com, Orlando Velazquez and Maria L. Baez, owners of website phoenixcriminals.com, John or Jane Does 9, owner of website mugremove.com, John or Jane Doe 10, owner of website phoenixmugs.com, The Go Daddy Group, John or Jane Does 9-100, to be determined, if necessary, outstanding internet mugshot websites, pending Defendants.

Defendants.

28

-1-

## DECLARATION OF JULIE T. DUBOCQ

Julie T. Dubocq declares under the pains and penalties of perjury of the State of Nevada and the United States of America that the following is true:

1.      I am the office manager for the Las Vegas, Nevada office (the "Las Vegas Office") of the law firm Dickinson Wright PLLC ("DW"), a position I have held since August 2010.

2.      I am over eighteen years old and I am competent to testify to the facts set forth in this declaration.

3.      The Las Vegas Office is located in a two-building office complex, City Center West, in a non-residential area in northwest Las Vegas.  There are no residences in either of the City Center West buildings.  To get to the Las Vegas Office from the parking area for City Center West, one must walk through a lobby that includes entryways for businesses such as an accountancy firm, then take an elevator to the fifth floor, then walk down a hallway past doors labeled with the names of businesses such as "Global Payments" and "Cassady Law Offices, P.C."  On the door of the Las Vegas Office is a sign clearly identifying the Las Vegas Office as "Dickinson Wright PLLC."

4.      On the afternoon of March 28, 2013, the Las Vegas Office's receptionist telephoned me to inform me that two individuals were in the Las Vegas Office's reception area attempting to deliver documents to Steven A. Gibson, Esq., who is the managing member of the Las Vegas Office.  I went to the Las Vegas Office's reception area to investigate who the individuals were and what they were attempting to deliver.

5.      I reviewed the documents the two individuals were attempting to deliver. In the course of my work as DW's office manager for well over two years, I know how to recognize and identify court documents such as summonses and complaints, and I know how to ascertain from a case caption which parties are the plaintiffs and which are the defendants.  The documents the two individuals were attempting to deliver appeared to be a summons and complaint naming Mr. Gibson as an individual defendant, and not naming DW as a defendant.

6.    I informed the individuals that Mr. Gibson was not in the office and that it was not appropriate for me to accept service on Mr. Gibson's behalf, and I returned the documents to the individuals.

7.    One of the individuals brusquely threw the documents down on the reception counter and arrogantly snapped at me, "You've been served!" Both individuals then abruptly left the Las Vegas Office.

Dated this 18th day of April, 2013.

By    /s/ Julie T. Dubocq
      Julie T. Dubocq

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Imran Ahmad Jamali
P.O. Box 6003
Chandler, Arizona 85224
*In Pro Per*

By:    /s/ Jamie Dean

LASVEGAS 99999-200 35399v1