IMRAN AHMAD JAMALI
[ c/o: P.O. Box 6003
Chandler, AZ 85224
Temporary Phone No.: (480) 621-0556 ]

In Propria Persona

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Imran Ahmad Jamali, | ) Case No.: 2:13-CV-00613-PHX-DGC |
| Plaintiff, | ) |
| v. | ) |
| | ) **AFFIDAVIT IN SUPPORT OF MOTION** |
| ARTHUR D'ANTONIO, III, | ) **FOR ENTRY OF DEFAULT** |
| CRAIG WIGGEN, Jr., | ) |
| ISSAC CORNETTI, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## A. AFFIDAVIT IN SUPPORT

I, Imran Ahmad Jamali, being duly sworn, state as follows:

1. I am the Plaintiff, pro per in the above-entitled action and I am familiar with the file, records and pleadings in this matter.
2. The summons and complaint were filed on March 26, 2013.
3. Defendants were served with a copy of the summons and complaint on:
   A. March 28, 2013 for Arthur D'Antonio, III.

1

  B. April 1, 2013 for Craig Wiggen through his wife Brenda Wiggen.

  C. March 30, 2013 for Isaac Cornetti.

As reflected on the docket sheet.

4. An answer to the complaint was due on:
   A. April 18, 2013 for Arthur D'Antonio, III.
   B. April 22, 2013 for Craig Wiggen.
   C. April 20, 2013 for Isaac Cornetti.
5. No response has been received by the Plaintiff as of the date this affidavit is being filed. The Defendants have failed to appear, plead or otherwise defend within the time allowed and, therefore, are now in default.

RESPECTFULLY SUBMITTED THIS 22nd Day of April, 2013.

By: _[signature]_

Imran Ahmad Jamali, Plaintiff Pro per

## VERIFICATION

STATE OF ARIZONA  )
         ) ss.
County of Maricopa   )

  I, Imran Ahmad Jamali, being first duly sworn on oath, depose and states:

  I am a the Plaintiff in the above-entitled action; I have read the foregoing Complaint and that the statements stated therein are true in substance and in fact to the best of my knowledge, except as to those matters alleged on information and belief, and as to those matters I believe them to be true.

_[signature]_
Imran Ahmad Jamali

  Subscribed and Sworn to me this 22nd day of April, 2013.

Seal: My Commission Expires: January 23rd, 2017

Nathaniel Klaer
Notary Public
Maricopa County, Arizona
My Comm. Expires 01-23-17

Notary Public or Clerk

**END OF DOCUMENT**