Civil Action No. CV-13-613-PHX-DGC

FILED ✓ ___ LODGED
___ RECEIVED ___ COPY

MAY 30 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Support LLC
was received by me on *(date)* May 20, 2013

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Donna M. Hadell , who is
designated by law to accept service of process on behalf of *(name of organization)* US Support LLC
Northwest Registered Agents
442 Court St Elko, NV 89801 on *(date)* May 20, 2013 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*


My fees are $ for travel and $ for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 05-20-2013

*Server's signature*

Mike Kolsch
*Printed name and title*

**AAB Investigations, Inc.**

*Server's address* NV-Lic # 1619/1619A

**AAB Investigations, Inc.**
348 Antimony Circle
Elko, NV 89801

Additional information regarding attempted service, etc:

US SUPPORT LLC WAS SERVED THROUGH
THEIR REGISTERED AGENT
NORTHWEST REGISTERED AGENT, LLC
442 COURT ST.
ELKO, NV 89801

49